Allen C. Hassan, SBN 104024
John Wolfgram, SBN 78966 (Inactive)
Allen C. Hassan Law Office
2929 El Camino Ave. Sacramento, CA 95821
Office Phone 916-993-8734
Fax: 916-993-8735; E-Mail Chlic36@yahoo.com

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALLEN HASSAN, MD, JD; and JOHN WOLFGRAM, JD and ROES 1-n<br><br>Plaintiff<br><br>vs<br><br>The GOVERNMENT OF THE UNITED STATES; The SECRETARY OF TREASURY; DEPT OF HEALTH, MEDICARE; DEPT. OF HOMELAND SECURITY, CORELOGIC CREDCO, California Highway Patrol; CHP Officer COONEY; Medical Board of California and DOES 1thru 100.<br><br>Defendants | CASE NO:2:12 –CV-01933-LKK –KJN<br><br>**PLAINTIFF'S NOTICE OF ADMISSION BY CORELOGIC THAT MOTIONS TO DISMISS ARE NOT RIPE**<br><br>Time: 10:00 a.m.<br>Date: 11/19/2012<br>DEPT: 4, JUDGE KARLTON |

TO THE COURT, AND TO THE PARTIES: Please take noticed that at page 12:4, of Defendant CoreLogic's Motion to Dismiss, CoreLogic admits that its motion to dismiss, and by implication, all motions to dismiss by Defendants are not ripe for hearing in so far as they ultimately depend on whether the federal and state officers have immunity. After discussing it, CoreLogic concludes:

"If the Court grants the motions to dismiss filed, or to be filed by the Government Defendants, Plaintiff's claims against CoreLogic will also fail."

Hassan v Gov. Plaintiffs' Notice of Admission by Corelogic that Motions to Dismiss are not Ripe

1

While Plaintiff asserts that there are independent avenues of liability as to the non-governmental defendants, the above is an admission that ultimately, dismissal may rely on the immunity of the federal defendants (and state immunity may rely on federal sovereign immunity), and those issue cannot be addressed until the federal defendants appear, make their motions and plaintiffs respond and the Court determines the constitutional status of immunity, sovereign and derivative.

Thus the Court should stay all proceedings herein until after the federal defendants have appeared by answer or motion to dismiss on the relevant issue.

Dated: November 12, 2012 \_\_\_John Wolfgram\_\_\_ \_\_\_Allen C. Hassan_____

                              John E. Wolfgram Co-plaintiff     Allen C. Hassan-Plaintiff