```
                    UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA


ALLEN HASSAN, MD, JD; and
JOHN WOLFGRAM, JD and
ROES 1-n,
                                        NO. CIV. S-12-1933 LKK/KJN
         Plaintiffs,

    v.
                                            O R D E R
THE GOVERNMENT OF THE UNITED
STATES; THE SECRETARY OF
TREASURY, DEPT. OF HEALTH,
MEDICARE; DEPT. OF HOMELAND
SECURITY, CORELOGIC CREDCO,
CALIFORNIA HIGHWAY PATROL;
CHP OFFICER COONEY; MEDICAL
BOARD OF CALIFORNIA and
DOES 1 thru 100,

         Defendants.
                                  /
```

A hearing on defendant State of California's motion to dismiss the complaint (ECF no. 11), defendant CoreLogic Credco's motion to dismiss the complaint (ECF no. 17), and defendant Dignity Health d/b/a Methodist Hospital of Sacramento's motion to dismiss the complaint, or in the alternative, for a more definite statement (ECF no. 13) is currently set for November 19, 2012 in the above-captioned matter.

1

1  The court does not find oral argument to be necessary and will
2  decide the motions on the papers. Accordingly, the hearing
3  currently scheduled for November 19, 2012 is VACATED. Plaintiffs'
4  ex parte motion to shorten time is DENIED.
5  IT IS SO ORDERED.
6  DATED: November 13, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2