BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:   (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HASSAN, M.D., J.D.; AND JOHN WOLFGRAM, J.D. and ROES 1-n,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOVERNMENT OF THE UNITED STATES, ET AL.,<br><br>Defendants. | CASE NO.  2:12-cv-1933 LKK AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR UNITED STATES AND FEDERAL DEFENDANTS TO RESPOND TO COMPLAINT** |

Plaintiffs Allen Hassan and John Wolfgram, and the United States hereby stipulate and agree that the United States and federal defendants shall have until February 7, 2013 to respond to the complaint.

DATED:  November 23, 2012         BENJAMIN B. WAGNER
                                   United States Attorney
                              By:   /s/ Lynn Trinka Ernce
                                   LYNN TRINKA ERNCE
                                   Assistant United States Attorney

DATED:  November 27, 2012         ALLEN C. HASSAN LAW OFFICE
                              By:   /s/ Allen C. Hassan   /s/ John Wolfgram
                                   ALLEN C. HASSAN
                                   JOHN WOLFGRAM
                                   Attorneys for Plaintiffs

**IT IS SO ORDERED**.

DATED:  November 29, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation Extending Time for US
to Respond to Complaint