```
                    UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA


ALLEN HASSAN, MD, JD; and
JOHN WOLFGRAM, JD and
ROES 1-n,
                                        NO. CIV. S-12-1933 LKK/KJN
          Plaintiffs,

     v.
                                              O R D E R
THE GOVERNMENT OF THE UNITED
STATES; THE SECRETARY OF
TREASURY, DEPT. OF HEALTH,
MEDICARE; DEPT. OF HOMELAND
SECURITY, CORELOGIC CREDCO,
CALIFORNIA HIGHWAY PATROL;
CHP OFFICER COONEY; MEDICAL
BOARD OF CALIFORNIA and
DOES 1 thru 100,

          Defendants.
                                    /
```

A hearing on plaintiffs' "Motion to Alter or Amend Order of the Court and to Allow Leave to Amend" (ECF No. 45) in the above-captioned matter is currently set for hearing on February 11, 2013.

The court does not find oral argument to be necessary and will decide the motion on the papers. E.D. Cal. R. 230(g). Accordingly, the hearing currently scheduled for February 11, 2013 is VACATED.

////

1

1    IT IS SO ORDERED.

2    DATED:  February 5, 2013.

					_____
					LAWRENCE K. KARLTON
					SENIOR JUDGE
					UNITED STATES DISTRICT COURT

2